[ECF No. 28]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAM LI,<br><br>        **Plaintiff,**<br><br>   v.<br><br>SUSHI TO GO CHERRY HILL, LLC, et al.,<br><br>        **Defendants.** | Civil No. 22-4734 (EAP)<br><br>ORDER |

This matter comes before the Court upon the parties' Joint Motion, ECF No. 28, filed by Plaintiff Sam Li and Defendants Sushi To Go Cherry Hill, LLC, John Zhang, and Cindy Doe, seeking approval of a proposed settlement which resolves Plaintiff's wage-and-hour claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, and the New Jersey Wage and Hour Law ("NJWHL"), N.J. Stat. Ann. §§ 34:11-56a, *et seq.*, for alleged unpaid overtime and minimum wages. The Court has considered the parties' submissions and heard oral argument on the record pursuant to Federal Rule of Civil Procedure 78(a). For the reasons set forth in the Court's accompanying Memorandum Opinion, and for good cause shown,

**IT IS** this **3rd** day of **August 2023**;

**ORDERED** that the parties' Joint Motion, ECF No. 28, for settlement approval is **GRANTED**; and it is further

**ORDERED** that the proposed Settlement Agreement, ECF No. 28-3, is **APPROVED** as fair and reasonable; and it is further

**ORDERED** that this action and any pending scheduling deadlines are hereby **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

**SO ORDERED**.

s/ Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge